01

02

03

04

05

06                     UNITED STATES DISTRICT COURT
                      WESTERN DISTRICT OF WASHINGTON
07                              AT SEATTLE

08  UNITED STATES OF AMERICA,            )
                                         )    CASE NO. CR20-092 JCC
09        Plaintiff,                     )
                                         )
10        v.                             )
                                         )    ORDER  DENYING  REQUEST  TO
11  JOSE DANIEL ESPINOZA,                )    REOPEN DETENTION ORDER
                                         )
12        Defendant.                     )
    _____ )

13

14

15        Defendant has been indicted on a charge of Conspiracy to Distribute Controlled

16  Substances (Dkt.1.)   Defendant was detained by this Court following a detention hearing. his

17  (Dkt. 145.)

18        Defendant moves to reopen this Court's detention order (Dkt. 321). In support of his

19  motion, defendant asserts he suffers from a chronic asthma condition, suggesting the increased

20  use of disinfectants at the Federal Detention Center due to the COVID-19 pandemic has

21  aggravated this condition. He argues the risk of flight has been minimized due to being drug

22

ORDER DENYING REQUEST TO
REOPEN DETENTION ORDER

PAGE -1

01   free while incarcerated for the past four months.   The government opposes the motion. (Dkt.

02   325.) This motion was referred by The Honorable John C. Coughenour to the undersigned for

03   decision.

04        A request to reopen a detention hearing is based on 18 U.S.C. § 3142(f)(B), which

05   provides that a detention hearing may be reopened "if the judicial officer finds that information

06   exists that was not known to the movant at the time of the hearing and that has a material bearing

07   on the issue whether there are conditions of release that will reasonably assure the appearance

08   of such person as required and the safety of any other person and the community." *Id.*

09        In large part, defendant's motion fails on those grounds.   According to defendant, he

10   has suffered from asthma since childhood.   While his counsel may not have been aware of this

11   condition, defendant himself was certainly aware.   Defendant asserts an aggravation of this

12   condition due perhaps to the increased use of disinfectants at the FDC due to the pandemic.

13   This assertion is speculative and, at any rate, the FDC has responded to defendant's concerns

14   by offering a bronchodilator for defendant to use as needed.

15        Further, defendant does not succeed in rebutting the presumption he poses both a risk

16   of flight and a risk of danger.   As noted in the Court's detention order (Dkt. 145), defendant's

17   criminal record shows multiple incidents of violation of supervision, as well as allegations of

18   actions on behalf of the conspiracy involving violence or threats of violence.   Defendant fails

19   to make the required showing that would justify reopening the Court's determination that

20   defendant poses a risk of danger and a risk of nonappearance.

21        Defendant's motion to reopen the detention hearing is DENIED.

22

ORDER DENYING REQUEST TO
REOPEN DETENTION ORDER

PAGE -2

01       DATED this 30th day of November 2020.

02

03

Mary Alice Theiler
United States Magistrate Judge

04

05

06

07

08

09

10

11

12

13

14

15

16

17

18

19

20

21

22

ORDER DENYING REQUEST TO
REOPEN DETENTION ORDER

PAGE -3